UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NAASÓN JOAQUÍN GARCÍA,<br>ROSA SOSA,<br>AZALIA RANGEL GARCÍA,<br>EVA GARCÍA DE JOAQUÍN,<br>JORAM NÚÑEZ JOAQUÍN, and<br>SILEM GARCÍA PEÑA,<br><br>                    Defendants. | ORDER<br><br>S1 25 Cr. 370 (LAP) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Michael R. Herman, dated November 20, 2025;

WHEREAS, the Government sought and received an order authorizing the United States Internal Revenue Service ("IRS") to disclose taxpayer return information relevant to an ongoing investigation (the "Tax Order");

WHEREAS, the IRS produced documents to the Government in response to the Tax Order (the "Tax Documents");

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of one or more of the defendants at any forthcoming trial in the above-captioned matter.

**SO ORDERED:**

Dated:   New York, New York
        December 1, 2025

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK